

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00646-CR

**IN RE** Ernesto **MEDINA**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Beth Watkins, Justice

Delivered and Filed: July 19, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On July 3, 2023, Relator Ernesto Medina filed a petition for writ of mandamus. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se mandamus petition will be treated as presenting nothing for this court's review. *See id*.; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2017-CR-4038, styled *State of Texas v. Ernesto Medina*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.